ELLMAN, Respondent, v. SCHULTZ, Appellant.

St. Louis Court of Appeals, October 22, 1907.

APPELLATE PRACTICE: Abstract of Record: Bill of Exceptions. Where, on an appeal on a short transcript, there was no abstract of the record, and nothing to show a bill of exceptions was filed, and no error appears on the record proper, the judgment will be affirmed.

Appeal from St. Louis City Circuit Court.—*Hon. Daniel G. Taylor,* Judge.

AFFIRMED.

*Bert F. Fenn* for appellant.

*Montague Punch* for respondent.

GOODE, J.—This appeal is here on a short transcript and appellant has filed nothing purporting to be an abstract of the record. He has filed what he calls a statement and if he intends that to serve as an abstract of the record, it is so imperfect in various particulars as to preclude us from reviewing the appeal on its merits. Among other deficiencies it fails to show a bill of exceptions was filed. We find no error in those portions of the record proper which are before us, and, therefore, affirm the judgment. All concur.